United States District Court

Eastern District of California

Frederick Osborne,

        Plaintiff,                  No. Civ. S 04-2450 GEB PAN P

   vs.                                Order

California Department
of Corrections,

        Defendant.

                            -oOo-

    Plaintiff seeks leave to proceed in forma pauperis in a civil rights action.  December 22, 2004, the court gave plaintiff 30 days to submit the trust account statement required by 28 U.S.C. § 1915(a)(2), sent to plaintiff the form application for leave to proceed in forma pauperis and warned him that failure to comply would result in this file being closed.

    The 30 days have passed and plaintiff has not submitted an application for leave to proceed in forma pauperis.

1  Accordingly, this file is closed.

2  So ordered.

3  Dated:  May 12, 2005.

4
                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
5                                   Magistrate Judge